# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

GARY BUCKLEW,

     Plaintiff,

v.                                                                   Case No. 8:19-cv-2029-TPB-AAS

CHARTER COMMUNICATIONS, LLC,

     Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Amanda Arnold Sansone, United States Magistrate Judge, entered on July 16, 2021. (Doc. 72).  Judge Sansone recommends Defendant's "Motion for Taxation of Costs" (Doc. 70) be granted in part and denied in part.  No objection to the report and recommendation was filed, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982).  A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made."  28 U.S.C. § 636(b)(1)(C).  When no objection is filed, a court reviews the report and recommendation for clear error.  *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Sansone's report and recommendation, in conjunction with an independent examination of the file, the Court adopts the report and recommendation in all respects.  The Court agrees with Judge Sansone's detailed and well-reasoned factual findings and legal conclusions.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

1.  The report and recommendation (Doc. 72) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

2.  Defendant's "Motion for Taxation of Costs" (Doc. 70) is **GRANTED IN PART** and **DENIED IN PART.**  Defendant Charter Communications, LLC, is awarded $3,297.70 in taxable costs against Plaintiff, Gary Bucklew.

3.  The Clerk is directed to enter judgment accordingly.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 16th day of August, 2021.

**TOM BARBER**
**UNITED STATES DISTRICT**
**JUDGE**